IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BARBARA SILVA,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 3:24-cv-00155-KC |
| § | |
| **LENDVIA, LLC, a California Limited** § | |
| **Liability Company,** § | |
| § | |
| *Defendant.* § | |

### DEFENDANT LENDVIA, LLC'S NOTICE OF SETTLEMENT

COMES NOW Defendant Lendvia, LLC ("Defendant") and respectfully informs the Court of the following:

1. The Parties have resolved the dispute between them, but require an additional twenty (20) days to finalize this matter and submit dismissal papers to the Court.

### PRAYER

For the foregoing reasons, Defendant Lendvia, LLC respectfully requests that the Court grant the parties an additional twenty (20) days in which to finalize this matter and file a stipulation of dismissal with the Court.

Respectfully submitted,

BICKERSTAFF HEATH
DELGADO ACOSTA, LLP
221 N. Kansas Street, Suite 700
El Paso, Texas 79901
Telephone: (915) 533-1810
Facsimile: (915) 533-1841

        By: */s/ Gunnar P. Seaquist*
           Gunnar P. Seaquist
           State Bar No: 24043358
           gseaquist@bickerstaff.com
           Sara Labashosky
           State Bar No. 24129467
           slabashosky@bickerstaff.com

        **Incoming Counsel for Defendant Lendvia, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent electronically via the Court's CM/ECF system on March 11, 2025, to the following:

Barbara Silva
8749 Coloma Cir.
El Paso, Texas 79907
Telephone: (915) 887-8790
bbrios259@gmail.com

**Plaintiff,** *pro se*

        */s/ Gunnar P. Seaquist*
        Gunnar P. Seaquist