**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **BARBARA SILVA,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 3:24-cv-00155-KC |
| § | |
| **LENDVIA, LLC, a California Limited** § | |
| **Liability Company,** § | |
| § | |
| *Defendant.* § | |

___

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
___

COMES NOW Plaintiff *pro se*, Barbara Silva, and Defendant Lendvia, LLC ("Defendant") and files this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in support thereof respectfully shows the Court the following:

1.  Plaintiff Barbara Silva and Defendant is Lendvia, LLC have resolved the claims asserted in this action, and jointly stipulate to the dismissal of this suit, in its entirety, with prejudice to the refiling of any claims asserted, or which could have been asserted, by the Plaintiff herein.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff Barbara Silva and Defendant Lendvia, LLC respectfully request that this Court enter an order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) DISMISSING this suit, in its entirety, with prejudice to the refiling of the same, and with each party to bear their own attorney's fees and costs incurred in this litigation.

Respectfully submitted,

By:   */s/ Barbara Silva*
      8759 Coloma Cir.
      El Paso, Texas 79907
      (915) 887-8790
      **Plaintiff *Pro-se***

And

      BICKERSTAFF HEATH
      DELGADO ACOSTA, LLP
      221 N. Kansas Street, Suite 700
      El Paso, Texas 79901
      Telephone: (915) 533-1810
      Facsimile: (915) 533-1841

By:  */s/ Gunnar P. Seaquist*
      Gunnar P. Seaquist
      State Bar No: 24043358
      gseaquist@bickerstaff.com
      Sara Labashosky
      State Bar No. 24129467
      slabashosky@bickerstaff.com

      **Counsel for Defendant Lendvia, LLC**